Randolph WOLFSON, Plaintiff–Appellant,

v.

Colleen CONCANNON, in her official capacity as member of the Arizona Commission on Judicial Conduct; Louis Frank Dominguez, in his official capacity as member of the Arizona Commission on Judicial Conduct; Peter J. Eckerstrom, in his official capacity as member of the Arizona Commission on Judicial Conduct; George H. Foster, in his official capacity as member of the Arizona Commission on Judicial Conduct; Gustavo Aragon, Jr., in his official capacity as member of the Arizona Commission on Judicial Conduct; Roger Barton, in his official capacity as member of the Arizona Commission on Judicial Conduct; Anna Mary Glaab, in her official capacity as secretary of the Arizona Commission on Judicial Conduct; S' Lee Hinshaw, in his official capacity as member of the Arizona Commission on Judicial Conduct; David Stevens, in his official capacity as member of the Arizona Commission on Judicial Conduct; J. Tyrell Taber, in his official capacity as member of the Arizona Commission on Judicial Conduct; Lawrence F. Winthrop, in his official capacity as member of

the Arizona Commission on Judicial Conduct; Maret Vessella, Chief Bar Counsel of the State Bar of Arizona, Defendants–Appellees.

No. 11–17634.

United States Court of Appeals, Ninth Circuit.

Sept. 26, 2014.

Byron Jeffords Babione, Esquire, Benjamin Wyman Bull, Esquire, Chief Counsel, Scottsdale, AZ, James Bopp, Jr., Esquire, Anita Yvonne Woudenberg, Terre Haute, IN, for Plaintiff–Appellant.

Charles Arnold Grube, Assistant Attorney General, Paula S. Bickett, Esquire, Chief Counsel, Phoenix, AZ, for Defendants–Appellees.

### ORDER

THOMAS, Circuit Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.

Judges McKeown and Murguia did not participate in the deliberations or vote in this case.